UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NIKITA SMITH,<br><br>Plaintiff,<br><br>v.<br><br>DAVID LEONARD, JR; CITY OF MORGAN CITY; CHAD ADAMS; DOE DEFENDANTS 1-10.<br><br>Defendants. | Case No. 6:24-CV-01192-RRS-CBW |

**MOTION TO EXCLUDE THE TESTIMONY OF EXPERT WITNESS C. SCOTT COURREGE**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Nikita Smith who moves to exclude the testimony of Defendants' expert witness C. Scott Courrege.

For the reasons discussed in the attached memorandum, the expert report and testimony of C. Scott Courrege should be excluded.

WHEREFORE, Plaintiff requests that the testimony of Defendants' expert witness, C. Scott Courrege be excluded from the trial of this matter.

Respectfully submitted,

/s/ *David Lanser*
William Most, 36914
David Lanser, 37764
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Telephone: (504) 509-5023
Telephone: (504) 533-4521
Fax: (504) 414-6400
williammost@gmail.com
david.lanser@gmail.com

*Counsel for Plaintiff, Nikita Smith*