UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **NIKITA SMITH** | **CASE NO.: 6:24-CV-01192** |
| **VS.** | **JUDGE ROBERT R. SUMMERHAYS** |
| **DAVID LEONARD, JR., ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## STATEMENT OF UNCONTESTED MATERIAL FACTS

NOW COME defendants, David Leonard, Jr. ("Detective Leonard") and the City of Morgan City ("Morgan City") (collectively, "defendants"), and pursuant to LR 56.1 submit this Statement of Uncontested Material Facts in support of their Motion for Summary Judgment.

1. On September 3, 2023, at around 2:00 a.m., a large crowd, including plaintiff Nikita Smith, gathered at the Waffle House and adjacent Circle K parking lot in Morgan City, Louisiana after the conclusion of an "All White Party" at the Patterson Civic Center.[1]

2. At that time, the Circle K had closed its doors, but the staff were still inside.[2]

3. Despite the closure, the police received reports that the crowd was throwing objects at the store and Detective Leonard saw people pulling on the store's doors.[3]

4. As a result, Morgan City Police Department dispatch received a call from the clerk at the Circle K requesting officers to respond to the situation.[4]

---

[1] Affidavit of Detective Joseph A Coleman Jr. For Arrest Warrant of Nikita Smith City Court Record of *State of Louisiana v. Nikita Smith*, attached as Exhibit "A." The Affidavit was identified and authenticated at pp. 48-49 of Sgt. Joseph A. Coleman, Jr.'s deposition, attached *infra* as Exhibit "E".
[2] *See* Deposition of David Leonard, Jr. at p. 123, 129, attached as Exhibit "B."
[3] Exhibit "A" at p. 2. *See also* Deposition of Zeke Sampey at pp. 26-27, attached as Exhibit "C"; Deposition of David Leonard, Jr. at pp. 128-129, attached as Exhibit "B."
[4] Exhibit "A" at p. 2.

5. Upon arrival, Officers of the Morgan City Police Department, Berwick Police Department, and St. Mary Parish Sheriff's Office (hereinafter collectively referred to as "Officers") observed multiple people blocking gas pumps and a large unruly crowd loitering on the property.[5]

6. Officers then made their way into the crowd and ordered the crowd to disperse and leave the Circle K parking lot.[6]

7. While there were other disturbances, including an arrest of an unruly subject,[7] a disturbance between several females began, and officers attempted to detain one of the females, but she pulled away and broke free.[8]

8. Officer Ricardo Aguilar chased her across the parking lot and began to place her into handcuffs.[9]

9. Detective Leonard and Officer Zeke Sampey ran over to assist.[10]

10. Once Detective Leonard and Officer Sampey got there, a black female wearing all white began pulling on the subject Officer Aguilar was arresting to try and free her.[11]

---

[5] Exhibit "A" at p. 2. *See also* Deposition of David Leonard, Jr. at p. 138, attached as Exhibit "B."
[6] Exhibit "A" at p. 2. *See also* Deposition of David Leonard, Jr. at pp. 124-125, attached as Exhibit "B"; Deposition of Blake Giroir at pp. 32-33, attached as Exhibit "D".
[7] Exhibit "A" at p. 2
[8] *Id.*
[9] *See* video attached to Deposition of David Leonard, Jr. as Exhibit 5, attached hereto as Exhibit "B". The video (Exhibit 5) was introduced and authenticated at p. 161, of the Deposition of David Leonard, Jr., attached as Exhibit "B".
[10] *Id*; *see also* Exhibit "A" at p. 2.
[11] *See* video attached to Deposition of David Leonard, Jr. as Exhibit 5, attached hereto as Exhibit "B"; see also Deposition of David Leonard, Jr., p. 132, attached hereto as Exhibit "B".

2

11. In an attempt to stop the interference with a lawful arrest, Detective Leonard shoved the female away, which allowed Officer Aguilar to exit the immediate area with the subject.[12]

12. Due to the shove and her shoe breaking, the female fell to the ground.[13]

13. As that happened, several subjects aggressively ran up to the group of officers and began yelling and threatening them.[14]

14. One subject, later identified as plaintiff Nikita Smith, approached Detective Leonard aggressively, balling up his fists, bowing his arms and yelling and pointing at Detective Leonard.[15]

15. Officers drew their department issued tasers and told the subjects to back away.[16]

16. The crowd was advised several times to back away, but they failed to do so.[17]

17. Rather than deploy his taser, Detective Leonard used an open-hand shove technique, to push Nikita Smith back to create space between himself and Smith.[18]

18. When the crowd (including Smith, who was still yelling and now beating his chest) approached again, Detective Leonard utilized his department issued Defense

---

[12] *Id.*
[13] *Id.*
[14] *Id. See also* Deposition of David Leonard, Jr. at pp. 132-133, attached as Exhibit "B."
[15] *Id. See also video* Deposition of David Leonard, Jr. at pp. 169 – 170, attached as Exhibit "B."
[16] *Id.*
[17] *Id. See also* Deposition of David Leonard, Jr. at pp. 168 – 173, attached as Exhibit "B."
[18] *See* videos attached as Exhibits 4 and 5 to deposition of David Leonard, Jr., which is attached hereto as Exhibit "B". The video (Exhibit 4) was introduced and authenticated at pp. 149, 160-161, and the second video (Exhibit 5) was introduced and authenticated at p. 161 of the Deposition of David Leonard, Jr., attached as Exhibit "B". *See also* Deposition of David Leonard, Jr. at pp. 154, 158-159, attached hereto as Exhibit "B".

3

Technology MK-3 ("pepper spray") and sprayed Smith (as well as others in the approaching group) and shoved him back again.[19]

19. Once spray was deployed a large portion of the crowd left the area.[20]

20. After approximately 20-30 minutes, the entire parking lot was emptied of the crowd.[21]

21. On September 9, 2023, Detective Joseph A. Coleman, Jr. obtained surveillance footage of the incident.[22]

22. He also reviewed body cam footage from officers present at the scene.[23]

23. Detective Coleman was able to identify Nikita Smith as one of the male subjects that ran up to Detective Leonard in an aggressive manner through social media posts regarding the incident.[24]

24. Based on the above information, Detective Coleman signed an affidavit requesting an arrest warrant for the arrest of Nikita Smith for the charges of La R.S. 14:63.3 Remaining After Forbidden, and La R.S. 14:103 Disturbing the Peace on November 28, 2023.[25]

---

[19] *Id*. *See also* Exhibit "A" at p. 2; Deposition of David Leonard, Jr. at pp. 168 – 173, attached as Exhibit "B".

[20] *See* videos attached as Exhibits 4 and 5 to deposition of David Leonard, Jr., which is attached hereto as Exhibit "B". The video (Exhibit 4) was introduced and authenticated at pp. 149, 160-161, and the second video (Exhibit 5) was introduced and authenticated at p. 161 of the Deposition of David Leonard, Jr., attached as Exhibit "B".

[21] Exhibit "A" at p. 2.

[22] Exhibit "A" at p. 2. *See also*, Deposition of Sergeant Joseph A. Coleman, Jr. at pp. 23-24, attached as Exhibit "E."

[23] *Id*.

[24] Exhibit "A" at p. 3. *See also*, Deposition of Sergeant Joseph A. Coleman, Jr. at pp. 26-27, 52-53, attached as Exhibit "E."

[25] Exhibit "A" at p. 3. *See also*, Deposition of Sergeant Joseph A. Coleman, Jr. at pp. 48 – 49, attached as Exhibit "E."

4

25. After reviewing Detective Coleman's affidavit, Judge Ed Leonard of the Morgan City Municipal Court issued a warrant for the arrest of Nikita Smith for violations of La. R.S. § 14:63.3 Remaining After Forbidden, and La. R.S. § 14:103 Disturbing the Peace on November 28, 2023.[26]

26. Nikita Smith turned himself in and was booked for the above charges on March 27, 2024.[27]

27. Detective Leonard was not involved in trying to determine the identities of the persons involved in the incident, and Sgt. Coleman was not aware that Smith or anyone else had filed a complaint against Detective Leonard at the time he filed his Affidavit for the arrest warrants.[28]

28. A trial on both charges took place on August 29, 2024.[29]

29. After trial, Judge Kim P. Stansbury, of the City Court of Morgan City, found Smith guilty of both charges and sentenced him to serve ten (10) days in jail – to be served on weekends – and pay a fine totaling $200.00 plus court costs.[30]

---

[26] Arrest Warrant for Nikita Smith, attached as Exhibit "F."
[27] Morgan City Police Department Booking Sheet, attached as Exhibit "G."
[28] *See* Deposition of Sergeant Joseph A. Coleman, Jr. at pp. 52-53, attached as Exhibit "E". *See also* Deposition of David Leonard, Jr. at p. 196, attached as Exhibit "B".
[29] Case Minute History for Case No. 24-2192, attached as Exhibit "H".
[30] *Id*. *See also*, Response to Request for Admission at p. 17 of Response to Combined Discovery Requests, attached as Exhibit "I"

Respectfully submitted,

**GAUDRY, RANSON,
HIGGINS & GREMILLION, L.L.C.**

/s/ John J. Danna, Jr.
_____

WADE A. LANGLOIS, III (#17681)
JOHN J. DANNA, JR. (#28894)
PATRICK T. DUNCAN (#38727)
401 Whitney Avenue, Suite 500
Gretna, LA 70056
Telephone: (504) 362-2466
Fax:     (504) 362-5938
Email: wlanglois@grhg.net
         jdanna@grhg.net
         pduncan@grhg.net

**AND**

ELIZABETH S. RAMBIN (#17149)
2223 Quail Run Drive, Suite C-2
Baton Rouge, Louisiana 70808
Telephone: 225-663-6101
Fax: 225-663-6102
Email: erambin@grhg.net

*Counsel for Defendants,
David Leonard, Jr. and the City of Morgan City*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system on this 20th day of January, 2026.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ John J. Danna, Jr.
_____

JOHN J. DANNA, JR.