UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE            DIVISION

| | |
|---|---|
| Nikita Smith | Civil Action No. 6:24-CV-01192 |
| Plaintiff | |
| VS. | Judge Summerhays |
| David Leonard, Jr., et al | Magistrate Judge Whitehurst |
| Defendant | |

### NOTICE OF MANUAL ATTACHMENT

ATTACHMENTS TO:   Motion for Summary Judgment

DESCRIPTION:   Flashdrive with 2 Video Exhibits attached to Exhibit B to MSJ

FILED BY:   David Leonard, Jr. and City of Morgan City

FILE DATE:   January 20, 2026

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **NOTICE**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The attached document is an *original* manual attachment that could not be converted into PDF and uploaded to CM/ECF. A PDF version of this notice should accompany the related e-filing as an attachment.

**INSTRUCTIONS FOR FILER:**
The original manual attachment must be delivered to the divisional Clerk's Office of the presiding judge. Chambers personnel may obtain the manual attachment from the Clerk's Office.[1] The manual attachment will be maintained at this location until expiration of appeal delays.

**Attachment sent to**   LAFAYETTE   **DIVISION.**

**Prepared by:** _____

---

[1] Chambers Personnel: When finished reviewing the manual attachment, please return to the Clerk's Office.