Page 1

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

NIKITA SMITH,　　　　　　　　　　　　　CAUSE NO.

　　　　Plaintiff,　　　6:24-CV-01192

VERSUS　　　　　　　　　　　　　　　　　RRS-CBW

DAVID LEONARD, JR; CITY OF

MORGAN CITY; CHAD ADAMS; DOE

DEFENDANTS 1-10,

　　　　Defendants.

**EXHIBIT E**

　　　DEPOSITION OF SERGEANT JOSEPH A. COLEMAN, JR., given in the above-entitled cause, pursuant to the following stipulation, via Zoom videoconferencing, before Sandra P. DiFebbo, Certified Shorthand Reporter, in and for the State of Louisiana, on the 22nd day of October, 2025, commencing at 1:12 PM.

1   Q.   Oh, down?

2   A.   Yeah, down. All right. Stop. Okay.
3   Yeah. So it would be Officer Aguilar.

4   Q.   Then starting here on Page 12, it says,
5   "Author: Detective David Leonard, Jr." So this is
6   like one of those supplements you talked about?

7   A.   Yes, sir.

8   Q.   It's the same with these. These are all
9   just supplement narratives that other officers can
10  add in here, right?

11  A.   Correct.

12  Q.   And these aren't like under oath or
13  anything? It's just for the internal case
14  reporting?

15  A.   Correct.

16  Q.   I'm going to move forward to Page 23. Can
17  you tell me what this is?

18  A.   That would be the affidavit, arrest
19  warrant.

20  Q.   Right. I'm scrolling down to the bottom
21  of it. This is you signing it, correct?

22  A.   Correct.

23  Q.   And the judge confirming that?

24  A.   Correct.

25  Q.   And this is certified under oath that

1   it's true and correct to the best of your
2   knowledge, correct?
3        A.   Correct.
4        Q.   And that's just based off of all the
5   investigative, you know, actions that you took that
6   we spoke about earlier, because you were not
7   present, correct?
8        A.   Correct.
9        Q.   And this affidavit is submitted to the
10  Court for the purpose of Mr. Smith's prosecution,
11  correct?
12       A.   Correct.
13       Q.   Going to Page 24 here, kind of in the
14  middle of the page, it says, "One subject, later
15  identified as Nikita Smith, stated to Detective
16  Leonard that he was going to 'beat his ass.'"  Do
17  you remember where that information came from?
18       A.   Right off the top of my head, no, sir.
19       Q.   Did you hear Mr. Smith say anything along
20  those lines in any of the videos that you viewed?
21       A.   Possible.  I don't recall.
22       Q.   You don't recall hearing it in any
23  videos.  Okay.
24       A.   I don't recall right now whether or not I
25  did.

1   A.  Correct.

2   Q.  The results of your investigation were
3   completed prior to having knowledge of the filing
4   of a complaint by Nikita Smith against Detective
5   Leonard?

6   A.  That's correct.

7   Q.  I just want to reiterate. Three other
8   people besides Nikita Smith were later arrested for
9   remaining where forbidden and disturbing the peace?

10  A.  I'm not a hundred percent positive if
11  everybody was arrested yet, but warrants were
12  issued for four individuals.

13  Q.  And of those, not everyone had filed
14  complaints against anyone on the police force,
15  correct?

16  A.  Not that I'm aware of.

17  Q.  Did you review all of the bodycam footage
18  that you received from Berwick, Morgan City Police
19  Department, and St. Mary Parish?

20  A.  Yes, sir.

21  Q.  In that footage, did you see video of
22  Nikita Smith aggressively approaching Detective
23  Leonard?

24  A.  Yes, I did.

25  Q.  Did you see him ball up his fist?

```
                                                              Page 53
 1       A.    Yes, I did.
 2       Q.    Did you see him assume a threatening
 3  position towards Detective Leonard?
 4       A.    Yes, sir, I did.
 5       Q.    Do you believe that Detective Leonard was
 6  warranted in using pepper spray at that time?
 7       A.    Yes, sir, I do.
 8       Q.    Would you agree that pepper spray is low
 9  on the use of force continuum?
10       A.    Yes, I do.
11       Q.    Did the use of pepper spray succeed in
12  abating the unruly nature of the environment?
13       A.    I don't understand your question.
14       Q.    After the use of pepper spray was
15  deployed, did the situation abate?
16       A.    Yes.
17       Q.    In your opinion, the pepper spray usage
18  was a success?
19       A.    Correct.
20             MR. DUNCAN:
21                  No further questions.
22             MR. LANSER:
23                  Nothing else from me then.  Thank
24        you for your time, Officer Coleman.
25             [End of deposition, 2:28.]
```

Page 54

1          C E R T I F I C A T E

2

3          This certification is valid only for a transcript accompanied by my original signature
4    and original required seal on this page.

5          I, SANDRA P. DIFEBBO, Certified Court Reporter, in and for the State of Louisiana,
6    as the officer before whom this testimony was taken, do hereby certify that SERGEANT JOSEPH A.
7    COLEMAN, JR., after having been duly sworn by me upon authority of R.S. 37:2554, did testify as
8    hereinbefore set forth in the foregoing 53 pages;

9          That the testimony was reported by me in stenotype, was prepared and transcribed by me
10   or under my personal direction and supervision, and is a true and correct transcript to the best of my
11   ability and understanding;

12         That the transcript has been prepared in compliance with transcript format
13   guidelines required by statute or by rules of the board, that I have acted in compliance with the
14   prohibition on contractual relationships as defined by Louisiana Code of Civil Procedure Article 1434
15   and in rules and advisory opinions of the board;

16         That I am not related to Counsel or to the parties herein, nor am I otherwise
17   interested in the outcome of this matter.

18

19

20

21   ___Sandra P. DiFebbo___
     Sandra P. DiFebbo,
22   Certified Shorthand Reporter

23   Date:  11/5/25

24

25