

# MORGAN CITY MUNICIPAL COURT
## PARISH OF ST. MARY
### STATE OF LOUISIANA

**ITEM NUMBER:** 2023010389D  **WARRANT NUMBER:** 2023010389

## ARREST WARRANT

STATE OF LOUISIANA
VERSUS
NIKITA DANYELL SMITH  - BLACK/AFRICAN AMERICAN/MALE
322 Sandi Drive  Patterson, Louisiana 70342

DOB: ███ 1985
DL/ID #: LA ███████   SSN: ███████
Height: 5' 11"   Weight: 185
Eye Color: Brown   Hair Color: Black
D/M:

TO ANY COMMISSIONED PEACE OFFICER:

WHEREAS, complaint has been made to me, upon the sworn affidavit of Detective Joseph A Coleman Jr, with the Morgan City Police Department, charging one Nikita Danyell Smith with:

1 Count(s) of 14:63.3-- Entry on or Remaining in Places or on Land after being Forbidden-- (Misdemeanor)
1 Count(s) of 14:103-- Disturbing the Peace-- (Misdemeanor)

Committed on or about the date(s) of 09-03-2023.

Now, therefore, you are hereby commanded, in the name of the State, to apprehend and arrest and book the said accused to answer the said complaint. You are further commanded to keep the said accused in safe custody until released according to law, and this shall be your warrant.

Given under my official signature, this 28 day of Nov, 2023 at 10:28 AM.

*Ed Leonard*

Judge Ed Leonard
MORGAN CITY MUNICIPAL COURT
PARISH OF ST. MARY
STATE OF LOUISIANA

**EXHIBIT F**

Case Number: 2023010389D    Warrant Number: 2023010389    Approved on: Nov, 28, 2023 at 10:28 AM

CONFIDENTIAL                                            CRIMINAL INVESTIGATION 031