# MORGAN CITY POLICE DEPARTMENT

Release Sheet: MCPD0000013424

Page: 1

ID #: 4241
Name: SMITH, NIKITA D
Address: 322 SANDI DRIVE
PATTERSON, LA 703920000
Phone(Home/Business) ███ ██████ (985) 000-0000
DOB: ███/1985  Age: 38 YRS  Height: 5-11
Race: B  Sex: M  Weight: 185
Eyes: BRO  Ethnicity: N  Appearance: NORM
Hair: BRO  Resident: N  Build: MED
Scars/Marks/Tattoos:  Complexion: DBR  Birth Place:
Employer:  FBI ID:  IdentA:
SSN: ████████  DL No.: ████████  LA  State ID:  Religion:

Booking Date: 03/27/24  Time: 10:15  Transfer(Y/N)?  Facility: MCPD
Release Date: 03/27/24  Time: 10:50  Reason for Release: BOND
Officer: 13021  FORET, CATINA  Length of Stay:
Arrest Date: 03/27/24  Time: 10:11  Booking Officer: 10  BOURGEOIS, LISA
Arresting Agency: MCPD  Cell Assignment: BULL
Officer: 10  BOURGEOIS, LISA  Status: CITY  Class: MISD
Location: MORGAN CITY JAIL  Hold Reason:
Morgan City  LA  Holding For:
Searched By:  Phone Call: Y  Sentence Date: / /
CLOTHING: Y  NCIC: Y  MASTER ADD Y  Scheduled Release: / / 0:00
METAL:  WARRANT: Y  Court Date:
PAT: Y  PRINTS: Y  Attorney:
STRIP: Y  PHOTO: Y  REFUSED:  Bondsman: DUAY, KENNETH
CAVITY:  MASTER AGE  C/O INT.:  Supplemental To:
 Drug Screen:

Cash: $0.00  Vehicle Information:
Vehicle Location:
Property Description:  Property Location:

### OFFENSES

| Seq.No. | Code / Incident Number | Description / Statute (RSA) | Court / Warrant Number | Bond Amt / Fel/Misd | Bond Type: Fine Amount: |
|---|---|---|---|---|---|
| 1 | 14:63.3/I  2024003365 | ENTRY ON OR REMAINING IN PLACES OR ON LAND /  14:63.3/I | CCMC  2023003619 | 337.50 | 0.00 |
| Notes: Warrant | | | | | |
| 2 | 14:103/A2  2024003365 | DISTURBING THE PEACE / LANGUAGE  14:103/A2 | CCMC | 287.50 | 0.00 |
| Notes: Warrant | | | | | |

Release Notes:
BONDED BY KENNY DUAY, ALL FEES PAID, 29'S CHECK OK, GIVEN COURT DATE 05/07/2024

**EXHIBIT G**

# MORGAN CITY POLICE DEPARTMENT

Release Sheet: MCPD0000013424

Page: 2

Total Bond Amount: $625.00

I HAVE RECEIVED ALL OF MY PROPERTY, MONEY AND VALUABLES AND FIND IT TO BE ACCURATE.

Inmate's Signature: *Nikita Smith*  Date: 3-27-24  Time: 1050

Witness: _____  Date: _____  Time: _____

Releasing Officer: *Wm M. Brown*  Date: 3-27-24  Time: 1050

Authorized Release: 13021