**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **NIKITA SMITH** | **CASE NO.  6:24-CV-01192** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **DAVID LEONARD, JR., ET AL.** | **MAGISTRATE JUDGE WHITEHURST** |

## ORDER OF DISMISSAL

The Court having received notice that the parties to this action have agreed to settle their claims,

IT IS HEREBY ORDERED that this action shall be and is DISMISSED WITHOUT PREJUDICE. No later than sixty (60) days of the date hereof, the parties shall file one of the following: (a) a motion for entry of judgment on all claims; (b) a motion to reopen this matter and reinstate all claims for failure to finalize the settlement agreement; (c) a motion to enforce the settlement agreement; or (d) a motion to extend the sixty-day deadline. If the parties do not file one of the above motions within sixty (60) days, this Order of Dismissal shall become a Final Judgment of Dismissal with prejudice, each party to bear their own costs.

THUS DONE in Chambers on this 29th day of April, 2026.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE